FILED
CLERK U.S. DISTRICT COURT
OCT 4 2012
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JUAN REYES AGUILAR <br> Defendant. | 12-MJ-2309 <br><br> ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (X)  the appearance of defendant as required; and/or

(B) (X)  the safety of any person or the community.

//

//

1       The court concludes:

2  A.  ( )  Defendant poses a risk to the safety of other persons or the
3             community because defendant has not demonstrated by clear and
4             convincing evidence that: he will comply with
5     conditions of release. Defendant
6     is alleged to have committed a battery
7     while on release and failed to
8     report many times for drug testing.

10  (B)  (✓)  Defendant is a flight risk because defendant has not shown by clear
11             and convincing evidence that:
12     he will comply with conditions
13     of release. His failures to report to his probation
14     officer + to report for drug testing are factors
15     weighing against release. In addition, he
16     has no bail resources or sureties.

17      IT IS ORDERED that defendant be detained.

19  DATED: 10/5/12

                                        SUZANNE H. SEGAL
                                UNITED STATES MAGISTRATE JUDGE